UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

PAULA ZELESNIK,

    Plaintiff,

v.

CHARLES ED MASSIE, ET AL.,

    Defendants.

Civil Action No. 2:20-157-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. The Plaintiff's complaint [R. 1] is **DISMISSED**.

2. This action is **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

Dated November 10, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY